## MacKENZIE v. MacKENZIE.

ERROR TO THE SUPREME COURT OF THE STATE OF ILLINOIS.

No. 465. Motion to dismiss submitted October 11, 1909.—Decided October 18, 1909.

A writ of error to review the judgment of the highest court of a State dismissed for want of jurisdiction without opinion.
Writ of error to review 238 Illinois, 616, dismissed.

Mr. R. G. Dyrenforth for the plaintiff in error.

Mr. Harris F. Williams for the defendant in error.

Per Curiam. Dismissed for want of jurisdiction.